# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE JONES, | CASE NO. 1:07-cv-0677-LJO-DLB PC |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE |
| v. | |
| M. SPARTA, et al., | |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM, AND REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2007, plaintiff filed an unsigned complaint. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Because plaintiff did not sign the complaint, it is HEREBY ORDERED that:

1. The original complaint is STRICKEN from the record;
2. The Clerk's Office shall send plaintiff a civil rights complaint form;
3. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an amended complaint bearing his original signature; and
4. If plaintiff fails to comply with this order, this action will be dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated: June 7, 2007                              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE