UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>Dr. (CMO) YOUSSELF, Dr. MARTA SPAEHT, and Dr. L. VAZQUEZ,<br><br>        Defendants. | 1:07-cv-00677-LJO-DLB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS<br><br>(Doc. 1, 4, and 8) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint. Plaintiff filed this action originally on May 4, 2007, unsigned. On June 8, 2007, the court issued an order striking plaintiff's complaint for lack of signature and requiring plaintiff to file an amended complaint on or before July 11, 2007. Plaintiff thereafter filed an amended complaint on June 22, 2007. The complaint appears to a cognizable claims for relief for interfering with and failing to continue plaintiff's pain (and other) medications as per his previous physician's treatment plan in violation of the Eighth Amendment against defendants Dr. Yousself, Dr. Spaeht, and Dr. Vazquez.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Service is appropriate for defendants Dr. Yousself, Dr. Spaeht, and Dr. Vazquez.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 22, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Four (4) copies of the endorsed amended complaint filed June 22, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 8, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE