IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MONROE JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTA SPAETH, et al.,<br><br>            Defendants. | Case No. 1:07-CV-677-BLW<br><br>**JUDGMENT** |

The Court earlier entered an Order dismissing this case without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's case is DISMISSED without prejudice.



DATED:  **March 31, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT 1